**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ADRIENNE ROSSE,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-20055-MSN |

ORDER ON JURY VERDICT

This cause came on for trial on April 21, 2026, the Assistant United States Attorneys for this District, Lauren Delery and Raven Icaza, representing the Government, and the defendant, Adrienne Rosse, appearing in person and with counsel, Robert Thomas and Ned Germany.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on April 23, 2026 and announced a verdict of GUILTY as to Counts 1 and 2 of the Indictment. Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **WEDNESDAY, AUGUST 5, 2026 at 10:00 A.M.** in Courtroom No. 4, 9th Floor, before Judge Mark S. Norris.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties

shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

The Defendant is allowed to remain on her present bond pending sentencing.

IT IS SO ORDERED, this the 23rd day of April, 2026.

s/Mark S. Norris
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE